**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Daniel Rogers | ) | Case No. 15-40081 |
| | ) | |
| Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |

**NOTICE OF MOTION**

TO:

Tom Vaughn  (via electronic notice)

United States Trustee (via electronic notice)

Daniel Rogers, 1229 E. 53rd St., , Chicago,IL  60615

See attached list of all creditors

PLEASE TAKE NOTICE that on July 9, 2018, at 9:00am or soon thereafter I shall be heard, I shall appear before the Honorable Judge Jacqueline P. Cox at 219 S. Dearborn St., Courtroom 680, Chicago, IL, and request that the attached motion be granted, at which time you may appear if so desired.

/s/ _Adam B. Bourdette__
Adam B. Bourdette
Ledford, Wu & Borges, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Daniel Rogers | ) | Case No. 15-40081 |
| | ) | |
| Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |

### MOTION TO MODIFY CONFIRMED PLAN

The debtor(s), by and through counsel, and in support of her Motion to Modify Confirmed Plan pursuant to 11 U.S.C. § 1329, states to the court as follows:

1. The court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The debtor filed a petition for relief and a plan under Chapter 13 of the Bankruptcy Code on November 24, 2015.

4. The plan was confirmed by this court on February 22, 2016

5. The debtor had a motion to modify entered April 2, 2018, where his arrears were deferred to the end of the plan and his payment to the General Unsecured Creditors.

6. The percentage of distribution was taken from the Trustee's website and not from the plan and ended up raising it, instead of keeping at the percentage where that the plan was confirmed at.

7. It is feasible to:

    a. defer the plan arrears to the end of the plan

    b. Keep plan payments at $1800.00 a month

    c. Make distribution to Allowed General Unsecured Creditors at minimum 15%

WHEREFORE, the debtor requests that the court:

    a. defer the plan arrears to the end of the plan

    b. Keep plan payments at $1800.00 a month

    c. Make distribution to Allowed General Unsecured Creditors at minimum 15%

    d. Grant the debtor such other relief just and proper

.

    Respectfully submitted,

    /s/   Adam B. Bourdette
    Adam B. Bourdette
    Ledford, Wu & Borges, LLC.
    105 W. Madison St., 23rd Floor
    Chicago, IL 60602
    312-853-0200